# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA MARY REYNA, | |
|     Plaintiff, | Case No. 2:10-CV-01730-KJD-RJJ |
| v. | **ORDER** |
| WELLS FARGO BANK, N.A., *et al.*, | |
|     Defendants. | |

On July 11, 2011, the Court granted Defendants' motion to dismiss each claim in the complaint, but granted Plaintiff's counter motion to amend the complaint. Plaintiff's amended complaint was due no later than July 25, 2011. Though the time for doing so has passed, Plaintiff has failed to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that in accordance with the Court's Order (#20), Plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted;

IT IS FURTHER ORDERED that any *lis pendens* filed in conjunction with this action is hereby **CANCELED, DISCHARGED, and EXPUNGED**;

///

///

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff.

DATED this 4th day of October 2011.

                                              Kent J. Dawson  
                                              United States District Judge